IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IREN ANDERSON, | |
|     Plaintiff, | 1: 09 CV 01924 OWW MJS PC |
| vs. | ORDER GRANTING EXTENSION OF TIME IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| RON HANSEN, et al., | |
|     Defendants. | |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

    This action was initiated by civil complaint filed on November 2, 2009. Though Plaintiff filed a prison trust account statement with his complaint, he failed to file an application to proceed in forma pauperis. On November 4, 2009, an order was entered, directing Plaintiff to submit an application to proceed in forma pauperis. Plaintiff failed to do so, and on March 15, 2010, findings and recommendations were entered recommending that his action be dismissed without prejudice pursuant to Local Rule 110 for Plaintiff's failure to obey a court order.

    On April 26, 2010, Plaintiff filed objections to the findings and recommendations indicating that "he had already mailed a copy to the Eastern District Court using the legal mail process at Avenal State Prison, on or around November 20, 2009, due to the error within the

1

1 institution mailing system." (Obj., 1:21.)

2   A review of the docket reveals that the court still has not received an application to
3 proceed in forma pauperis.  Plaintiff will be provided with another application to proceed in
4 forma pauperis  and be granted an additional thirty days to complete and return it to the court.  If
5 he fails to do so,  the March 15, 2010, recommendation of dismissal will be submitted to the
6 District Court.

7   Accordingly, IT IS HEREBY ORDERED that:

8   1. The Clerk's Office shall send to Plaintiff an application to proceed in forma pauperis.

9   2. Within thirty days of the date of service of this order and mailing of  the application to
10 proceed in forma pauperis, Plaintiff shall complete and return to the court the application to
11 proceed in forma pauperis or it will be recommended that his action be dismissed.

14 IT IS SO ORDERED.

15 **Dated:   May 4, 2010**                   **/s/ Michael J. Seng**
                                              UNITED STATES MAGISTRATE JUDGE