UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IREN ANDERSON, | 1:09-cv-01924-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION FOR DENIAL OF DEFENDANTS' MOTION TO DISMISS |
| v. | |
| RON D. HANSEN, et al., | (ECF No. 41) |
| Defendants. | |

_____/

Plaintiff Iren Anderson ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2011, the Magistrate Judge filed a Findings and Recommendation, recommending that Defendants' Motion to Dismiss be denied. (ECF No. 41.) The parties have not filed any objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed November 22, 2011, is adopted in full; and

2. Defendants' Motion to Dismiss (ECF No. 41) is DENIED.

IT IS SO ORDERED.

**Dated:   January 31, 2012**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE