# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IREN ANDERSON,<br><br>               Plaintiff,<br><br>   v.<br><br>RON D. HANSEN, et al.,<br><br>               Defendants.<br>_____ / | CASE No.    1:09-cv-01924-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING PLAINTIFF'S MOTIONS FOR PROTECTIVE ORDER AND HEARING THEREON<br><br>(ECF No. 53) |

Plaintiff Iren Anderson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Defendants have declined Magistrate Judge jurisdiction. (Decline to Consent, ECF No. 46.) This matter proceeds on Plaintiff's Second Amended Complaint (Second Am.

-1-

Compl., ECF No. 19) asserting Eighth Amendment claims of excessive force against Defendant Hansen, failure to protect against Defendant Hartley and failure to intervene against Defendant Lewis. (Order Finding Cognizable Claims, ECF No. 20.) Defendants Hansen, Hartley, and Lewis have answered. (Answer, ECF No. 25.)

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On September 13, 2012, Findings and Recommendation Denying Plaintiff's Motions for Protective Order and Hearing Thereon (Findings and Recommendation, ECF No. 53) were filed in which the Magistrate Judge recommended that Plaintiff's motions for temporary protective order and hearing thereon (Motions, ECF Nos. 35-36) be DENIED without prejudice by the District Judge. The parties were notified that objection, if any, was due within fourteen days. The fourteen day deadline has passed without any party having filed objections or seeking an extension of time to do so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

////////
////////
////////
////////
////////

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendation filed September 13, 2012, in full, and

2. Plaintiff's Motions for temporary protective order and hearing thereon (ECF Nos. 35-36) are DENIED without prejudice.

IT IS SO ORDERED.

Dated:   October 2, 2012                         /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE