# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IREN ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RON D. HANSEN, et al.,<br><br>    Defendants. | Case No. 1:09-cv-01924-MJS (PC)<br><br>**ORDER AMENDING SECOND SCHEDULING ORDER**<br><br>**(ECF No. 88)** |

Plaintiff Iren Anderson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on November 2, 2009 pursuant to 42 U.S.C. § 1983. The Court issued its Second Scheduling Order in this case on December 9, 2013. (ECF No. 85.)

Before the Court is defense counsel's motion for a brief continuance of the Trial Telephonic Confirmation Hearing in order to accommodate scheduled professional training and vacation.

The Court finding good cause **HEREBY ORDERS** that the Telephonic Trial Confirmation Hearing previously scheduled for August 1, 2014 at 9:30 a.m. in Courtroom 6

1

1  (MJS) shall instead be held August 15, 2014 at 9:30 a.m. in Courtroom 6 (MJS).

2　　　All other portions of the previous Second Scheduling Order remain in in full force
3  and effect.

6  IT IS SO ORDERED.

7　　Dated:   May 8, 2014                    /s/ *Michael J. Seng*
8  　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE